B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Reynolds, Robert** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6186** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9635 South Lawndale**<br>**Evergreen Park, IL**<br>ZIP Code **60805** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>☐ Chapter 11 ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12     of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Reynolds, Robert** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Reynolds, Robert** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Robert Reynolds**
Signature of Debtor  **Robert Reynolds**

**X** _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**April  7, 2010**
Date

#### Signature of Attorney*

**X  /s/ Barbara L. Yong**
Signature of Attorney for Debtor(s)

**Barbara L. Yong**
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
Firm Name

**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**

Address

**Email: Blyong@golanchristie.com**
**(312) 263-2300  Fax: (312) 263-0939**
Telephone Number

**April  7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Robert Reynolds

Case No.

Chapter   7

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Robert Reynolds
                        Robert Reynolds

Date:   April 7, 2010

1000 East Woodfield Assoc, LLC
One Woodfield Lake CFE001
P.O. Box 6105
Hicksville, NY 11802-6105


11004 S. Cicero Ave, LLC
7719 W. Belmont Avenue
Elmwood Park, IL 60707


11004 S. Cicero Ave., LLC
c/o George C. Rantis, Esq
55 W. 22nd St. #109
Lombard, IL 60148


20 North Clark Street LLC
c/o Hamilton Partners Inc A/R
300 Park Blve, #500
Itasca, IL 60143-2656


3077 Spectrum LLC
c/o MLG Management
13400 Bishops Ln #100
Brookfield, WI 53005


4544 Partners, LLC
4544 W. 103rd St.
Oak Lawn, IL 60452


A-TECH
PO Box 807
Mount Prospect, IL 60056


Accent Business Solutions, Inc.
P.O. Box 1915
Appleton, WI 54912


Access Title Company, Inc.
205 W. Cherry Street
Lancaster, WI 53813


ACS Title Records Corporation
P.O. Box 201322
Dallas, TX 75320-1322

Air Baud
8250 Utah Street
Merrillville, IN 46410

All My Sons of Milwaukee
6204 Ace Industrial Drive
Cudahy, WI 53110

Alphagraphics
18W100 22nd Street
Suite 103-B
Oakbrook Terrace, IL 60181

Alta Title Co., LLC
2522 Golf Rd. #3
Eau Claire, WI 54701

Amerenue
P.O. Box 66529
Saint Louis, MO 63166-6529

American Arbitration Association
6795 North Palm Avenue 2nd Floor
Fresno, CA 93704

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

American Express Business Finance
600 Travis St.
Suite 1300
Houston, TX 77000-2000

Americas Best Value Inn
c/o Innworks Attn: Direct Bill
1611 W. County Rd. B #200
Roseville, MN 55113-4059

AmericInn of Shawano
P.O. Box 10008
Green Bay, WI 54307

AmeriTitle & Abstract Inc.
P.O. Box 383
Crandon, WI 54520


Andrew Furman
13356 Millbank Drive
Plainfield, IL 60544


Aramark Refreshment Services
2885 S. 171st Street
New Berlin, WI 53151


Ask Services Inc.
P.O. Box 871280
Canton, MI 48187


AT&T
P.O. Box 930170
Dallas, TX 75393


AT&T
P.O. Box 9301310
Louisville, KY 40290


AT&T Internet Services
PO Box 650396
Dallas, TX 75265


AT&T Managed Internet Service
PO Box 277109
Atlanta, GA 30384


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197


Atmos Energy
P.O. Box 78108
Phoenix, AZ 85062-8108


Attorneys Title Insurance Fund
PO Box 8100
Aurora, IL 60507

Attorneys' Title Insurance Fund
6545 Corporate Centre Blvd.
Orlando, FL 32822


Bandwidth.com
Dept CH 17337
Palatine, IL 60055-7337


Bank of America & Bank of New York
500 N. Michigan
Chicago, IL 60611


Bank of America, f/k/a
Creditor Interchange
80 Holtz Dr.
Buffalo, NY 14225


Bank of America, N.A.
500 N. Michigan
Chicago, IL 60611


Barbara Moon
103 Jackson Ave South
Jacksonville, FL 32220


Belpro Fire Specialists Inc.
W1796 Elk Lane
Kaukauna, WI 54130


Best Western
7220 122nd Ave
Kenosha, WI 53142


Best Western Campus Inn
815 Park Ave
Beaver Dam, WI 53916


Bi-State Industries Inc
105 Concord Plaza, Suite 211
Saint Louis, MO 63128


Blanca Corral
7743 Mount Drive
Schererville, IN 46375

BMT Leasing Inc.
c/o Barbara Lanza Farley
PO Box 53659
Philadelphia, PA 19105

Bradley and Lori Emmert
c/o Rollie Hanson
10150 West National Ave. #370
West Allis, WI 53227-2145

BRB Abstracting Inc.
6412 S. Howell Ave
Oak Creek, WI 53154

Brian Carrara
11278 Laura Ln
Frankfort, IL 60423-8195

Brown County Register Deeds
PO Box 23600
Green Bay, WI 54305-3600

Bud Alamprese
c/o Thomas M. Breen, Esq
619 S. Addison Rd
Addison, IL 60101

Business Only Broadband
777 Oakmont Lane
Suite 2000
Westmont, IL 60559

BYRD Mobile Notary Inc
6710 Lake Cove Ct
Suffolk, VA 23435

Capital Newspapers
PO Box 8759
Madison, WI 53708

Chicago Title Insurance Co.
PO Box 987
Waukesha, WI 53187-0987

Chicago Title Insurance Company
c/o Richard L. Zaffiro
4261 N. 92nd St.
Milwaukee, WI 53222-1617


Cintas Document Management
PO Box 5007
De Pere, WI 54115


Cintas Document Management
PO Box 633842
Cincinnati, OH 45263-3842


CIT Technology Financing Services
4600 Touchton Rd.
E Building
Jacksonville, FL 32246


Citadel Information Management
829 Blackhawk Dr
Westmont, IL 60559-1119


City of Green Bay
Assessors Office Room # 102
110 N. Jefferson St.
Green Bay, WI 54301


City of Madison
Attn: Treasurer's Office
P.O. Box 2999
Madison, WI 53701


City of West Allis
Attn: Treasurer's Office
7525 W. Greenfield Ave
West Allis, WI 53214


Clausen Miller P.C.
10 S. LaSalle
Chicago, IL 60603


CNA Surety
8137 Innovation Way
Chicago, IL 60682

COM ED
Bill Payment Center
Chicago, IL 60668-0001


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Comfort Inn
77 Holiday Lane
Fond Du Lac, WI 54937


Commonwealth Land Title Ins
Fidelity National Title Group
505 E. North Ave
Carol Stream, IL 60188


Commonwealth Land Title Ins Premium
Fidelity National Title Group
505 E. North Ave
Carol Stream, IL 60188


Corporate Business Systems
6300 Monona Drive
Madison, WI 53716


Country Inns & Suites
2000 Gateway Ct.
West Bend, WI 53095


Crossroads Courier
132 Weldon Pkwy
Maryland Heights, MO 63043


Culligan Water Conditioning Co
8911 Veterans Memorial Pkwy
O Fallon, MO 63366


Culligan Water of St. Louis
2380 Cassens Dr
Fenton, MO 63026

CYMA
2330 W. University
Suite 7
Tempe, AZ 85281


Data Tree
4 First American Way
Santa Ana, CA 92707


Datatree
PO Box 849710
Dallas, TX 75284-9710


Days Inn - Johnson Creek
W 4545 Linmar Lane
Johnson Creek, WI 53038


Dean Insurance Co.
230 N. Westmonte Dr #2100
Altamonte Springs, FL 32714


DeLage Landen Financial Services
c/o W Callahan/Flamm Boroff Bacine
794 Penllyn Pike
Blue Bell, PA 19422


Deluxe Business Forms
PO Box 742572
Cincinnati, OH 45274


Dept of Workforce Development
Division of Unemployment Insurance
PO Box 78960
Milwaukee, WI 53278-0960


Desmond & Ahern
10827 S. Western Ave.
Chicago, IL 60643


DirectTV
PO Box 60036
Los Angeles, CA 90060

Document Imaging Services
Attn: Jim Feeney
155 Hanley Industrial Ct.
Saint Louis, MO 63144


DRA-CLP CP TAMPA, LLC
c/o J Gundlach/Trenam Kemker etc.
Office Box 1102
Tampa, FL 33601-1102


DRA/CLP Bayside Tampa LLC
PO Box 933831
Atlanta, GA 31193-3831


Dunn County Abstract & Title
815 7th St
Menomonie, WI 54731


Eagle Research Group Inc
1906 Winged Foot Dr
Nixa, MO 65714


Eagle Title Co.
PO Box 160
Coon Valley, WI 54623


Efax Corporate
c/o j2 Global Communications
PO Box 51873
Los Angeles, CA 90051-6173


EGP, Inc.
PO Box 1363
Orlando, FL 32802


Entergy
PO Box 8104
Baton Rouge, LA 70891-8104


Evergreen Community Bank
3842 West 95th Street
Evergreen Park, IL 60805

Federal Express VT RTS-NLS
PO Box 94515
Palatine, IL 60094


Fidelity National Title Ins Co - FL
2400 Maitland Center Pkwy
Suite 210
Maitland, FL 32751


Fidelity National Title Insurance
c/o Robert Berger/Schiff Hardin LLP
6600 Sears Tower/233 S Wacker Dr
Chicago, IL 60606


Fidelity National Title Insurance
c/o R Damashek/Stahl Cowen Crowley
55 W. Monroe, Suite 1200
Chicago, IL 60603


Fidelity Natl Ins Co - IN
Fidelity National Title Group
1360 E. 9th St., Suite 500
Cleveland, OH 44114


Fidelity Natl Title Ins Co -IL & WI
Fildelity National Title Group
505 East North Ave
Carol Stream, IL 60188


Fifth Third Bank
222 South Riverside Plaza
1MOC2A
Chicago, IL 60606


Fifth Third Bank
1701 W. Golf Rd.
1MOC2A
Rolling Meadows, IL 60008


Finstad Land & Spatial Survey
4061 Bonita Beach Rd
Suite 207
Bonita Springs, FL 34134

First American Real Estate Sol
PO Box 847239
Dallas, TX 75284


First American Title Insurance Co
PO Box 386
Waupaca, WI 54981


First Federal Savings Bank
PO Box 527
Rochester, IN 46975-0527


First Insurance Funding Corp
8078 Innovation Way
Chicago, IL 60682-0080


Fitzpatrick Select Services
3035 N Booth Street
Milwaukee, WI 53212


Flagler Development Company, LLC
c/o WB Gillam/Milam Howard Nicandri
14 East Bay Street
Jacksonville, FL 32202


Florida Electrical Service
4151 112th Terrace N
Clearwater, FL 33762


Fox Signing Services
1239 Merchant St
Ambridge, PA 15003


George C. Rantis
55 West 22nd Street
#109
Lombard, IL 60148


Global Financial Services
PO Box 856460
Louisville, KY 40285-6460


Global Linking Solutions
PO Box 410743
Charlotte, NC 28241

Global Services
PO Box 3009
Houston, TX 77253-2009


Global Services
10688 Haddington Drive
Houston, TX 77043


GMAC Mortgage
3451 Hammond Ave.
Waterloo, IA 50702


GMAC Mortgage
PO Box 4622
Waterloo, IA 50702


GMAC Mortgage
PO Box 4622
Waterloo, IA 50704


Grand Park Management Corp
PO Box 404
Valparaiso, IN 46384


Grand Park Management Corp.
c/o Megan L. Ward, Esq.
8927 Broadway, Suite A
Merrillville, IN 46410


Green Lake Title & Abstract Co
PO Box 510
Green Lake, WI 54941


Hal Systems Corp.
12750 Merit Dr #810
Dallas, TX 75251


Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579


Home Owner Publications
10936 N. Port Washington Rd.
Suite #132
Mequon, WI 53092

HQ Global Workplaces
1800 Pembrook Dr. #300
Orlando, FL 32810


HSW Associates Inc.
5018 N. Clark Ave
Tampa, FL 33614-6532


Hurtado, Chantelle
c/o Ryan D. Barack
133N. Fort Harrison
Clearwater, FL 33755


IL Dept of Employment Security
P.O. Box 19300
Springfield, IL 62794


Illinois Department of Revenue
Springfield, IL 62719-0001


Impact Networking
953 Northpoint Boulevard
Waukegan, IL 60085


IN Department of Revenue
PO Box 7221
Indianapolis, IN 46207


Indiana Department of Revenue
P.O. Box 0595
Indianapolis, IN 46206


Information Services of IL
Attn: Accounting Dept.
1980 Post Oak Blvd #1010
Houston, TX 77056


Internal Revenue Service
Kansas City, MO 64999


James Long-Grande Market 5793
5735 W. Spencer St.
Appleton, WI 54914

Jennifer Sederquist
262 Castle Wynd Dr
Loves Park, IL 61111


John McDonald
c/o David T. Streett, Esq.
1051 N. Harrison Ave.
Saint Louis, MO 63122


John Roger Cox, Attorney
6620 Woodlands Pkwy
Suite D
The Woodlands, TX 77382


Juan Oblitas
c/o William Kevin Russell
14295 Tamiami Trail
North Port, FL 34287


K&L Gates
1601 K. Street NW
Washington, DC 20006-1600


Kane County Treasurer
719 Batavia Ave, Bldg A
Geneva, IL 60134


Kendall County Recorder
11 W. Fox Street
Yorkville, IL 60560


Kenosha Co. Register of Deeds
1010 56th Street
Kenosha, WI 53140


Kevin Murphy
10769 Cambria Ct.
Huntley, IL 60142-4049


Key Equipment Finance
11030 Circle Point Road
2nd Fl
Westminster, CO 80020

King Klean
5017 Amy Dr
Crystal Lake, IL 60014


Laclede Gas Company
Drawer 2
Saint Louis, MO 63171-0001


Lake County Recorder
18 N. County Street
Lake County Building
Waukegan, IL 60085


Lake County Treasurer
2293 N. Main Street
Crown Point, IN 46307


LandAmerica Financial Group
Attn: Robert Gandhi
5600 Cox Road
Glen Allen, VA 23060


Laraway Center, LLC
c/o Steven Plato Troy, Esq.
5 E. Van Buren St., Suite 306
Joliet, IL 60432-4225


Law Bulletin
415 N. State Street
Chicago, IL 60610


Law Office of James Kottaras, P.C.
180 W. Washington, Suite 810
Chicago, IL 60602


Law Offices of Jeffrey Herzog
3106 Alernate US 19
Palm Harbor, FL 34683


Lawyer's Title Insurance Co.
601 Riverside Ave
Jacksonville, FL 32204

Leslie Bishop
c/o Rodney Salvati
245 Tamiami Trail
Venice, FL 34285


Lombardi Center, LLC
c/o Commercial Horizon, Inc.
PO Box 11237
Green Bay, WI 54307-1237


Madison County Recorder
157 N. Maid Suite 211
PO Box 308
Edwardsville, IL 62025


Marlin Leasing
PO Box 13604
Philadelphia, PA 19101-3604


Marlin Leasing Corp
300 Fellowship Rd.
Mount Laurel, NJ 08054


Mastercraft Coffee Service
507 Busse Rd
Elk Grove Village, IL 60007


McDonald Title Company, Inc.
PO Box 630
Stevens Point, WI 54481


McHenry County Recorder
2200 N. Seminary Ave
Woodstock, IL 60098


Metropolitan Title Data, Inc.
155 Hanley Industrial Ct.
Brentwood, MO 63144


Mike Hogan, Tax Collector
231 E. Forsyth St. #130
Jacksonville, FL 32202

Milwaukee Office Products Inc
W226 N887 Eastmound Dr
Waukesha, WI 53186-1678


Missouri Dept of Labor and IND
PO Box 3375
Jefferson City, MO 65105-3375


Monika Bartlomiejczuk
Magic Cleaning Services
10445 S. Mansfield Ave #3A
Oak Lawn, IL 60453


National Land Title Insurance
1980 Post Oak Boulevard
Houston, TX 77252


New Edge Networks Wan
Unit 47 P.O. Box 4800
Portland, OR 97208


New Haven Companies
P.O. Box 7007
Fredericksburg, VA 22404


Newitech LLC
101 S. Military Ave Suite P
PMB #258
Green Bay, WI 54303-2409


NICOR
P.O. Box 416
Aurora, IL 60568-0001


Nicor
PO Box 0632
Aurora, IL 60507-0632


NIPSCO
PO Box 13007
Merrillville, IN 46411-3007

Noonan & Lieberman
105 W. Adams Street
Suite 3000
Chicago, IL 60603


Novusys
806 Bonnie Brook Drive
Prospect Heights, IL 60070


NPSCO
PO Box 13007
Merrillville, IN 46411-3007


Office Depot, Inc.
PO Box 633211
Cincinnati, OH 45263-3211


On letterhead
360 S. Reynolds Rd Ste B
Toledo, OH 43615


Park Plaza at High Crossing, LLC
c/o Ethan Miller/WR Stewart Assoc.
330 E. Wilson St., Suite 100
Madison, WI 53708-0570


Peninsula Title Co
1242 Green Bay Rd
Sturgeon Bay, WI 54235


Pitney Bowes Bank, Inc.
c/o Borst & Collins, LLC
180 N. Stetson Ave, Suite 3050
Chicago, IL 60601


Polo Towne Crossing
c/o Gini Marziani, Davis McGrath
1255 Wacker #1700
Chicago, IL 60606


Portable Cooling and Heating
PO Box 1152
Franklin, TN 37065-1152

Portage County Title LLC
2926 Post Road Suite A
Stevens Point, WI 54481


Postage By Phone Plus
PO Box 856042
Louisville, KY 40285-6042


Professional Communication Systems
N83 W 13280 Leon Rd.
Menomonee Falls, WI 53051


Progress Energy
P.O. Box 33199
Saint Petersburg, FL 33733


Promo Hagen
PO Box 527
Port Washington, WI 53074-0527


Property Info
PO Box 974587
Dallas, TX 75397-4587


Property Info Corporation
Bill Helmer, Esq.
2721 Division St.
Metairie, LA 70002


Property Insights
1007 E. Cooley Dr
Colton, CA 92324


Quality Title Inc
102 S. Court
Merrill, WI 54452


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


Qwest
Internet/Phone Ser (Bus. Services)
PO Box 856169
Louisville, KY 40285-6169

Ramada, Ltd. Sturtevant
13350 Hospitality Ct.
Sturtevant, WI 53177


Ramquest Software Inc.
PO Box 974540
Dallas, TX 75397-4540


RCG Enterprises
PO Box 934
Appleton, WI 54912


RDD Imaging, Inc.
Michael P. Edgerton, Esq
125 Wood Street - PO Box 218
West Chicago, IL 60186-0218


Real Central LLC
235 Queen St.
Honolulu, HI 96813


Realty Data Corp
900 Merchants Concourse
Suite LL-13


Remax
7528 W. North Ave
Elmwood Park, IL 60707


Residential Title Services, Inc.
1910 S. Highland Ave., #150
Lombard, IL 60148


RGB Construction Co.
25 N. Brentwood Blvd
Saint Louis, MO 63105


Richard L. Zaffiro
4261 N. 92nd St.
Wauwatosa, WI 53222-1617


Riordan and Scully Insurance
815 Commerce Dr. Suite 240
Oak Brook, IL 60523

RLJ Closing Services, Inc.
2202 Wesley Ave
Evanston, IL 60201-2648


Sawyer County Abstract and Title
PO Box 3128
Milwaukee, WI 53201


Secure On-Site Shredding
PO Box 357
Dunedin, FL 34697-0357


Shell
PO Box 9016
Des Moines, IA 50368-9016


Shumaker Loop & Kendrick LLP
PO Box 172609
Tampa, FL 33672-0609


Signs By Tomorrow
421 W 81st Ave
Merrillville, IN 46410-5317


Specialized Loan Servicing, LLC
PO Box 105219
Atlanta, GA 30348-5219


Spectrum Development Group, LLC
Attn: Robert C. Westfall
6526 River Parkway
Milwaukee, WI 53213


St. Louis County
Attn: Collector of Revenue
41 S. Central Ave
Saint Louis, MO 63105


Stelletto & Schwartz
Attn: David Allen
120 N. LaSalle St. 34th FL
Chicago, IL 60602

Stewart Title Guaranty Co - Claims
1980 Post Oak Blvd
Suite 800
Houston, TX 77056


Stewart Title Guaranty Co.
c/o M. Catheryn Oakland
330 Madison Ave South, Suite 201
Bainbridge Island, WA 98110


Stewart Title Guaranty Company
c/o Michael Cohn/Awerbach & Choh
2600 McCormick Dr. Suite 100
Clearwater, FL 33759


Sunshine Signing Connection
8916 Chilton Dr
Port Richey, FL 34668


Susan Reynolds
9635 South Lawndale
Evergreen Park, IL 60805


T M Title Service Inc
315 E. LaSalle Ave
Barron, WI 54812


T&G, LLC
PO Box 198
Schererville, IN 46375


Taxes Unlimited, Inc.
111 W. Washington St, #1040
Chicago, IL 60602


TG Express
c/o Charles Price, Koshiba Agena
1003 Bishop Street, Suite 2600
Honolulu, HI 96813


The Times
PO Box 644027
Cincinnati, OH 45264-4027

Those Girls Abstracting
1817 Orange Boulevard Way
Palm Harbor, FL 34683


Time Warner Cable
PO Box 3237
Milwaukee, WI 53201-3237


Title Marketing Co., Inc.
4376 Westhampton Place Ct
Saint Charles, MO 63304


Town of Grand Chute
1900 Grand Chute Blvd
Grand Chute, WI 54913


Town of Munster
1005 Ridge Rd
Munster, IN 46321-1895


Transnations Title Ins Premium
140 East Washington Street
Indianapolis, IN 46204


Travelers
CL & Speciality Remittance Cntr
Hartford, CT 06183-1008


TSI Title Services, LLC
220 W Washington St
Suite H
Lebanon, IN 46052


TTR Shipping
1000 Campus Dr
Stow, OH 44224


U-Haul Storage Park Street
5200 Park St
Saint Petersburg, FL 33709


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170

Unlimited Graphix
1343-1345 Lakeside Drive
Romeoville, IL 60446


US Bank
US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402


US Express Leasing Inc.
Dept #1608
Denver, CO 80291-1608


Verizon Florida Inc
PO Box 920041
Dallas, TX 75392-0041


Verizon Online
PO Box 12045
Trenton, NJ 08650-2045


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Vitec Online
PO Box 678287
Dallas, TX 75267-8287


W.R. Stewart & Associates, S.C.
330 E. Wilson St.,
Suite 100
Madison, WI 53703


Walworth Co Register of Deeds
PO Box 995
Elkhorn, WI 53121-0995


Water Boy, Inc
4454 19th Street Ct. E.
Bradenton, FL 34203-3709

Waushara Abstract Corp
PO Box 427
Wautoma, WI 54982


Wells Fargo Financial National Bank
PO Box 98752
Las Vegas, NV 89193


Wells Print & Digital Services
PO Box 1744
Madison, WI 53701-1744


Whitnall-Summit Company, LLC
c/o David Wanta/Trapp & Hartman
14380 West Capitol Dr., Suite One
Brookfield, WI 53005-2392


Wisconsin Dept. of Revenue
PO Box 93931
Milwaukee, WI 53293-0931


XO Communications
14239 Collections Center Dr
Chicago, IL 60693