# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re: §
§
REYNOLDS, ROBERT § Case No. 10-15283
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/14/2013 in Courtroom 680,

United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner _____
                                             Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REYNOLDS, ROBERT | § | Case No. 10-15283 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,423.36 |
| and approved disbursements of | $ | 276.83 |
| leaving a balance on hand of[1] | $ | 24,146.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 3,192.34 | $ 0.00 | $ 3,192.34 |
| Trustee Expenses: Phillip D. Levey | $ 54.40 | $ 0.00 | $ 54.40 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 5,580.00 | $ 0.00 | $ 5,580.00 |
| Other: International Sureties, Ltd. | $ 9.15 | $ 9.15 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,826.74 |
| Remaining Balance | $ | 15,319.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 15,540.01  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | City of West Allis | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008B | Wisconsin Department of Revenue | $ 718.83 | $ 0.00 | $ 708.64 |
| 000015A | Illinois Department of Revenue | $ 4,833.75 | $ 0.00 | $ 4,765.25 |
| 16 | Internal Revenue Service | $ 9,987.43 | $ 0.00 | $ 9,845.90 |
| | Total to be paid to priority creditors | | $ | 15,319.79 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 924,044.62  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Ask Services Inc. | $ 722.00 | $ 0.00 | $ 0.00 |
| 000004 | Spectrum Development Group, LLC | $ 4,999.99 | $ 0.00 | $ 0.00 |
| 000005 | Law Offices of Jeffrey A Herzog PA | $ 332.75 | $ 0.00 | $ 0.00 |
| 000007 | Unlimited Graphix | $ 2,107.96 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | Wisconsin Department of Revenue | $ 642.85 | $ 0.00 | $ 0.00 |
| 000009 | National Grange Mutual Insurance Co | $ 48,656.18 | $ 0.00 | $ 0.00 |
| 000010 | Verizon Wireless | $ 382.04 | $ 0.00 | $ 0.00 |
| 000012 | Bruce H Matson LFG Trustee | $ 444,150.22 | $ 0.00 | $ 0.00 |
| 000013 | Fidelity National Title Insurance | $ 248,025.11 | $ 0.00 | $ 0.00 |
| 000014 | Commonwealth Land Title Insurance Company | $ 173,258.01 | $ 0.00 | $ 0.00 |
| 000015B | Illinois Department of Revenue | $ 767.51 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $_____0.00

Remaining Balance      $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/Phillip D. Levey _____

Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-15283-JPC
Robert Reynolds                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 7          Date Rcvd: Jan 17, 2013
                             Form ID: pdf006           Total Noticed: 254

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2013.
```
db        +Robert Reynolds,   9635 South Lawndale,   Evergreen Park, IL 60805-2906
15378897   1000 East Woodfield Assoc, LLC,   One Woodfield Lake CFE001,   P.O. Box 6105,
           Hicksville, NY 11802-6105
15378898  +11004 S. Cicero LLC,   7719 W. Belmont Avenue,   Elmwood Park, IL 60707-1005
15378899  +11004 S. Cicero Ave., LLC,   c/o George C. Rantis, Esq,   55 W. 22nd St. #109,
           Lombard, IL 60148-4801
15544290  +1st Source Bank,   Attn: Lorra Junk,   PO Box 1602,   South Bend IN 46634-1602
15378900  +20 North Clark Street LLC,   c/o Hamilton Partners Inc A/R,   300 Park Blve, #500,
           Itasca, IL 60143-2635
15378901  +3077 Spectrum LLC,   c/o MLG Management,   13400 Bishops Ln #100,   Brookfield, WI 53005-6237
15378902  +4544 Partners, LLC,   4544 W. 103rd St.,   Oak Lawn, IL 60453-4865
15378903  +A-TECH,   PO Box 807,   Mount Prospect, IL 60056-0807
15378906   ACS Title Records Corporation,   P.O. Box 201322,   Dallas TX 75320-1322
15378921  +AT&T,   P.O. Box 930170,   Dallas, TX 75393-0001
15378922   AT&T,   P.O. Box 9301310,   Louisville, KY 40290
15378923  +AT&T Internet Services,   PO Box 650396,   Dallas, TX 75265-0396
15378924  +AT&T Managed Internet Service,   PO Box 277109,   Atlanta, GA 30384-7109
15378925  +AT&T Mobility,   PO Box 6463,   Carol Stream, IL 60197-6463
15378926  ++ATMOS ENERGY,   P O BOX 650205,   DALLAS TX 75265-0205
           (address filed with court: Atmos Energy,   P.O. Box 78108,   Phoenix, AZ 85062-8108)
15378905  +Access Title Company, Inc.,   205 W. Cherry Street,   Lancaster, WI 53813-1630
15378907  #+Air Baud,   8250 Utah Street,   Merrillville, IN 46410-6578
15378908  +All My Sons of Milwaukee,   6204 Ace Industrial Drive,   Cudahy, WI 53110-2868
15378909  +Alphagraphics,   18W100 22nd Street,   Suite 103-B,   Oakbrook Terrace, IL 60181-4798
15378910  +Alta Title Co., LLC,   2522 Golf Rd. #3,   Eau Claire, WI 54701-6033
15378911   Amerenue,   P.O. Box 66529,   Saint Louis, MO 63166-6529
15378917  #+AmeriTitle & Abstract Inc.,   P.O. Box 383,   Crandon, WI 54520-0383
15378916  +AmericInn of Shawano,   P.O. Box 10008,   Green Bay, WI 54307-0008
15378912  +American Arbitration Association,   6795 North Palm Avenue 2nd Floor,   Fresno, CA 93704-1088
15378913   American Express,   P.O. Box 0001,   Los Angeles, CA 90096-0001
15378914  +American Express Business Finance,   600 Travis St.,   Suite 1300,   Houston, TX 77002-3009
15378915  +Americas Best Value Inn,   c/o Innworks Attn: Direct Bill,   1611 W. County Rd. B #200,
           Roseville, MN 55113-4053
15378919  +Aramark Refreshment Services,   2885 S. 171st Street,   New Berlin, WI 53151-3511
15378920  +Ask Services Inc.,   P.O. Box 871280,   Canton, MI 48187-6280
15378927  +Attorneys Title Insurance Fund,   PO Box 8100,   Aurora, IL 60507-8100
15378928  +Attorneys' Title Insurance Fund,   6545 Corporate Centre Blvd.,   Orlando, FL 32822-1548
15378939  +BMT Leasing Inc.,   c/o Barbara Lanza Farley,   PO Box 53659,   Philadelphia, PA 19105-3659
15378941  +BRB Abstracting Inc.,   6412 S. Howell Ave,   Oak Creek, WI 53154-1104
15378946  +BYRD Mobile Notary Inc,   6710 Lake Cove Ct,   Suffolk, VA 23435-2933
15378929   Bandwidth.com,   Dept CH 17337,   Palatine, IL 60055-7337
15378930  +Bank of America & Bank of New York,   500 N. Michigan,   Chicago, IL 60611-3777
15378932  +Bank of America, N.A.,   500 N. Michigan,   Chicago, IL 60611-3777
15378931  +Bank of America, f/k/a,   Creditor Interchange,   80 Holtz Dr.,   Buffalo, NY 14225-1470
15378933  +Barbara Moon,   103 Jackson Ave South,   Jacksonville, FL 32220-2305
15378934  +Belpro Fire Specialists Inc.,   W1796 Elk Lane,   Kaukauna, WI 54130-7101
15378935  +Best Western,   7220 122nd Ave,   Kenosha, WI 53142-7313
15378936  +Best Western Campus Inn,   815 Park Ave,   Beaver Dam, WI 53916-2205
15378937  +Bi-State Industries Inc,   105 Concord Plaza, Suite 211,   Saint Louis, MO 63128
15378938  +Blanca Corral,   7743 Mount Drive,   Schererville, IN 46375-3379
15378940  +Bradley and Lori Emmert,   c/o Rollie Hanson,   10150 West National Ave. #370,
           West Allis, WI 53227-2152
15378942   Brian Carrara,   11278 Laura Ln,   Frankfort, IL 60423-8195
16014906  +Bruce H Matson LFG Trustee,   LeClairRyan,   Riverfront Plaza East Tower,
           951 E Byrd Street 8th Floor,   Richmond, VA 23219-4055
15378944  +Bud Alamprese,   c/o Thomas M. Breen, Esq,   619 S. Addison Rd,   Addison, IL 60101-4655
15378945  +Business Only Broadband,   777 Oakmont Lane,   Suite 2000,   Westmont, IL 60559-5504
15378951  ++CINTAS DOCUMENT MANAGEMENT,   10801 KEMPWOOD DR STE 4,   HOUSTON TX 77043-1414
           (address filed with court: Cintas Document Management,   PO Box 633842,
           Cincinnati, OH 45263-3842)
15378958  +CNA Surety,   8137 Innovation Way,   Chicago, IL 60682-0081
15378970  +CYMA,   2330 W. University,   Suite 7,   Tempe, AZ 85281-7294
15378947  +Capital Newspapers,   PO Box 8759,   Madison, IL 53708-8759
15378948   Chicago Title Insurance Co.,   PO Box 987,   Waukesha, WI 53187-0987
15378949   Chicago Title Insurance Company,   c/o Richard L. Zaffiro,   4261 N. 92nd St.,
           Milwaukee, WI 53222-1617
15378950  +Cintas Document Management,   PO Box 5007,   De Pere, WI 54115-5007
15378953   Citadel Information Management,   829 Blackhawk Dr,   Westmont, IL 60559-1119
15378954   City of Green Bay,   Assessors Office Room # 102,   110 N. Jefferson St.,   Green Bay, WI 54301
15378955  +City of Madison,   Attn: Treasurer's Office,   P.O. Box 2999,   Madison, WI 53701-2999
15714735   City of West Allis,   Attn City Attorney's Office,   7525 E Greenfield Ave,
           West Allis, WI 53214
15378956  +City of West Allis,   Attn: Treasurer's Office,   7525 W. Greenfield Ave,
           West Allis, WI 53214-4688
```

```
District/off: 0752-1          User: gbeemster          Page 2 of 7          Date Rcvd: Jan 17, 2013
                             Form ID: pdf006           Total Noticed: 254
```

```
15378957    +Clausen Miller P.C.,   10 S. LaSalle,   Chicago, IL 60603-1098
15378960     Comcast Cable,   PO Box 3002,   Southeastern, PA 19398-3002
15378962    +Comfort Inn,   77 Holiday Lane,   Fond Du Lac, WI 54937-9143
15378963    +Commonwealth Land Title Ins,   Fidelity National Title Group,   505 E. North Ave,
              Carol Stream, IL 60188-2105
15378964    +Commonwealth Land Title Ins Premium,   Fidelity National Title Group,   505 E. North Ave,
              Carol Stream, IL 60188-2105
16048038    +Commonwealth Land Title Insurance Company,   Eric J Malnar Stahl Cowen,
              55 West Monroe Street Suite 1200,   Chicago, IL 60603-5127
15378965    +Corporate Business Systems,   6300 Monona Drive,   Madison, WI 53716-3977
15378966    +Country Inns & Suites,   2000 Gateway Ct.,   West Bend, WI 53095-8535
15378967    +Crossroads Courier,   132 Weldon Pkwy,   Maryland Heights, MO 63043-3102
15378968    +Culligan Water Conditioning Co,   8911 Veterans Memorial Pkwy,   O Fallon, MO 63366-3093
15378969    +Culligan Water of St. Louis,   2380 Cassens Dr,   Fenton, MO 63026-2503
15378981     DRA-CLP CP TAMPA, LLC,   c/o J Gundlach/Trenam Kemker etc.,   Office Box 1102,
              Tampa, FL 33601-1102
15378982     DRA/CLP Bayside Tampa LLC,   PO Box 933831,   Atlanta, GA 31193-3831
15378973     Days Inn - Johnson Creek,   W 4545 Linmar Lane,   Johnson Creek, WI 53038
15378975    +DeLage Landen Financial Services,   c/o W Callahan/Flamm Boroff Bacine,   794 Penllyn Pike,
              Blue Bell, PA 19422-1669
15378974    +Dean Insurance Co.,   230 N. Westmonte Dr #2100,   Altamonte Springs, FL 32714-0609
15378976    +Deluxe Business Forms,   PO Box 742572,   Cincinnati, OH 45274-2572
15378978    +Desmond & Ahern,   10827 S. Western Ave.,   Chicago, IL 60643-3299
15378979    +DirectTV,   PO Box 60036,   Los Angeles, CA 90060-0036
15378980    +Document Imaging Services,   Attn: Jim Feeney,   155 Hanley Industrial Ct.,
              Saint Louis, MO 63144-1516
15378983     Dunn County Abstract & Title,   815 7th St,   Menomonie, WI 54731
15378987    +EGP, Inc.,   PO Box 1363,   Orlando, FL 32802-1363
15378984    +Eagle Research Group Inc,   1906 Winged Foot Dr,   Nixa, MO 65714-9466
15378985    +Eagle Title Co.,   PO Box 160,   Coon Valley, WI 54623-0160
15378989    +Evergreen Community Bank,   3842 West 95th Street,   Evergreen Park, IL 60805-2006
15378997    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,   1701 W. Golf Rd.,   1MOC2A,
              Rolling Meadows, IL 60008)
15378990    +Federal Express VT RTS-NLS,   PO Box 94515,   Palatine, IL 60094-4515
15378991    +Fidelity National Title Ins Co - FL,   2400 Maitland Center Pkwy,   Suite 210,
              Maitland, FL 32751-7441
15378993    +Fidelity National Title Insurance,   Eric J Malnar Stahl Cowen,   55 W Monroe Suite 1200,
              Chicago, IL 60603-5127
15378992     Fidelity National Title Insurance,   c/o Robert Berger/Schiff Hardin LLP,
              6600 Sears Tower/233 S Wacker Dr,   Chicago, IL 60606
15378994    +Fidelity Natl Ins Co - IN,   Fidelity National Title Group,   1360 E. 9th St., Suite 500,
              Cleveland, OH 44114-1728
15378995    +Fidelity Natl Title Ins Co -IL & WI,   Fildelity National Title Group,   505 East North Ave,
              Carol Stream, IL 60188-2126
15378998    +Finstad Land & Spatial Survey,   4061 Bonita Beach Rd,   Suite 207,
              Bonita Springs, FL 34134-4073
15378999    +First American Real Estate Sol,   PO Box 847239,   Dallas, TX 75284-7239
15379000    +First American Title Insurance Co,   PO Box 386,   Waupaca, WI 54981-0386
15379002     First Insurance Funding Corp,   8078 Innovation Way,   Chicago, IL 60682-0080
15379003    +Fitzpatrick Select Services,   3035 N Booth Street,   Milwaukee, WI 53212-2130
15379004    +Flagler Development Company, LLC,   c/o WB Gillam/Milam Howard Nicandri,   14 East Bay Street,
              Jacksonville, FL 32202-3413
15379005    +Florida Electrical Service,   4151 112th Terrace N,   Clearwater, FL 33762-4937
15379006    +Fox Signing Services,   1239 Merchant St,   Ambridge, PA 15003-2278
15544291    +GMAC Mortgage,   P O Box 9001719,   Louisville, KY 40290-1719
15379012    +GMAC Mortgage,   3451 Hammond Ave.,   Waterloo, IA 50702-5300
15379013    +GMAC Mortgage,   PO Box 4622,   Waterloo, IA 50704-4622
15544292    +GMAC Mortgage,   Specialized Loan Servicing,   P O Box 4622,   Waterloo, IA 50704-4622
15379007    +George C. Rantis,   55 West 22nd Street,   #109,   Lombard, IL 60148-4801
15379009    +Global Linking Solutions,   PO Box 410743,   Charlotte, NC 28241-0743
15379010    +Global Services,   PO Box 3009,   Houston, TX 77253-3009
15379011    +Global Services,   10688 Haddington Drive,   Houston, TX 77043-3229
15379015    +Grand Park Management Corp,   PO Box 404,   Valparaiso, IN 46384-0404
15379016    +Grand Park Management Corp.,   c/o Megan L. Ward, Esq.,   8927 Broadway, Suite A,
              Merrillville, IN 46410-7039
15379017    +Green Lake Title & Abstract Co,   PO Box 510,   Green Lake, WI 54941-0510
15379021    +HQ Global Workplaces,   1800 Pembrook Dr. #300,   Orlando, FL 32810-6378
15379022     HSW Associates Inc.,   5018 N. Clark Ave,   Tampa, FL 33614-6532
15379019     Hinckley Springs,   PO Box 660579,   Dallas, TX 75266-0579
15379020    +Home Owner Publications,   10936 N. Port Washington Rd.,   Suite #132,   Mequon, WI 53092-5031
15379023    +Hurtado, Chantelle,   c/o Ryan D. Barack,   133N. Fort Harrison,   Clearwater, FL 33755-4020
15379024    +IL Dept of Employment Security,   P.O. Box 19300,   Springfield, IL 62794-9300
16188409     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
15379025     Illinois Department of Revenue,   Springfield, IL 62719-0001
15379026    +Impact Networking,   953 Northpoint Boulevard,   Waukegan, IL 60085-8214
15379029    +Information Services of IL,   Attn: Accounting Dept.,   1980 Post Oak Blvd #1010,
              Houston, TX 77056-3899
15379031    +James Long-Grande Market 5793,   5735 W. Spencer St.,   Appleton, WI 54914-9115
```

District/off: 0752-1          User: gbeemster          Page 3 of 7          Date Rcvd: Jan 17, 2013
                              Form ID: pdf006          Total Noticed: 254

```
15379033     +John McDonald,   c/o David T. Streett, Esq.,   1051 N. Harrison Ave.,
              Saint Louis, MO 63122-2612
15379034     +John Roger Cox, Attorney,   6620 Woodlands Pkwy,   Suite D,   The Woodlands, TX 77382-2415
15379035     +Juan Oblitas,   c/o William Kevin Russell,   14295 Tamiami Trail,   North Port, FL 34287-2215
15379036     +K&L Gates,   1601 K. Street NW,   Washington, DC 20006-1692
15379037     +Kane County Treasurer,   719 Batavia Ave, Bldg A,   Geneva, IL 60134-3079
15379038      Kendall County Recorder,   11 W. Fox Street,   Yorkville, IL 60560
15379039     +Kenosha Co. Register of Deeds,   1010 56th Street,   Kenosha, WI 53140-3765
15379040     #Kevin Murphy,   10769 Cambria Ct.,   Huntley, IL 60142-4049
15379042     +King Klean,   5017 Amy Dr,   Crystal Lake, IL 60014-6305
15379043      Laclede Gas Company,   Drawer 2,   Saint Louis, MO 63171-0001
15379044     +Lake County Recorder,   18 N. County Street,   Lake County Building,   Waukegan, IL 60085-4304
15379045     +Lake County Treasurer,   2293 N. Main Street,   Crown Point, IN 46307-1854
15379047      Laraway Center, LLC,   c/o Steven Plato Troy, Esq.,   5 E. Van Buren St., Suite 306,
              Joliet, IL 60432-4225
15379048     +Law Bulletin,   415 N. State Street,   Chicago, IL 60654-4674
15714618      Law Offices of Jeffrey A Herzog PA,   Daniel Todd Dean Esquire,   3106 Alternate 19 North,
              Palm Harbor, FL 34683
15379050      Law Offices of Jeffrey Herzog,   3106 Alernate US 19,   Palm Harbor, FL 34683
15379051     +Lawyer's Title Insurance Co.,   601 Riverside Ave,   Jacksonville, FL 32204-2901
15379052     +Leslie Bishop,   c/o Rodney Salvati,   245 Tamiami Trail,   Venice, FL 34285
15379053      Lombardi Center, LLC,   c/o Commercial Horizon, Inc.,   PO Box 11237,   Green Bay, WI 54307-1237
15379054     +Madison County Recorder,   157 N. Maid Suite 211,   PO Box 308,   Edwardsville, IL 62025-0308
15379055     +Marlin Leasing,   PO Box 13604,   Philadelphia, PA 19101-3604
15379056     +Marlin Leasing Corp,   300 Fellowship Rd.,   Mount Laurel, NJ 08054-1727
15379057     +Mastercraft Coffee Service,   507 Busse Rd,   Elk Grove Village, IL 60007-2116
15379058     +McDonald Title Company, Inc.,   PO Box 630,   Stevens Point, WI 54481-0630
15379059     +McHenry County Recorder,   2200 N. Seminary Ave.,   Woodstock, IL 60098-2694
15379062      Milwaukee Office Products Inc,   W226 N887 Eastmound Dr,   Waukesha, WI 53186-1678
15379063     +Missouri Dept of Labor and IND,   PO Box 3375,   Jefferson City, MO 65102-3375
15379064     +Monika Bartlomiejczuk,   Magic Cleaning Services,   10445 S. Mansfield Ave #3A,
              Oak Lawn, IL 60453-4396
15379071      NIPSCO,   PO Box 13007,   Merrillville, IN 46411-3007
15379074      NPSCO,   PO Box 13007,   Merrillville, IN 46411-3007
15379065     +National Land Title Insurance,   1980 Post Oak Boulevard,   Houston, TX 77056-3826
15379066     +New Edge Networks Wan,   Unit 47 P.O. Box 4800,   Portland, OR 97208-4800
15379067     +New Haven Companies,   P.O. Box 7007,   Fredericksburg, VA 22404-7007
15379068     +Newitech LLC,   101 S. Military Ave Suite P,   PMB #258,   Green Bay, WI 54303-2409
15379073     #+Novusys,   806 Bonnie Brook Drive,   Prospect Heights, IL 60070-1606
15379075      Office Depot, Inc.,   PO Box 633211,   Cincinnati, OH 45263-3211
15379076     +On letterhead,   360 S. Reynolds Rd Ste B,   Toledo, OH 43615-5976
15379077     +Park Plaza at High Crossing, LLC,   c/o Ethan Miller/WR Stewart Assoc.,
              330 E. Wilson St., Suite 100,   Madison, WI 53703-3991
15379078     +Peninsula Title Co,   1242 Green Bay Rd,   Sturgeon Bay, WI 54235-3819
15379079     +Pitney Bowes Bank, Inc.,   c/o Borst & Collins, LLC,   180 N. Stetson Ave, Suite 3050,
              Chicago, IL 60601-6718
15379080      Polo Towne Crossing,   c/o Gini Marziani, Davis McGrath,   1255 Wacker #1700,   Chicago, IL 60606
15379081      Portable Cooling and Heating,   PO Box 1152,   Franklin, TN 37065-1152
15379082     +Portage County Title LLC,   2926 Post Road Suite A,   Stevens Point, WI 54481-6417
15379085     +Progress Energy,   P.O. Box 33199,   Saint Petersburg, FL 33733-8199
15379086      Promo Hagen,   PO Box 527,   Port Washington, WI 53074-0527
15379087      Property Info,   PO Box 974587,   Dallas, TX 75397-4587
15379088     +Property Info Corporation,   Bill Helmer, Esq.,   2721 Division St.,   Metairie, LA 70002-7007
15379089     +Property Insights,   1007 E. Cooley Dr,   Colton, CA 92324-3901
15379090     +Quality Title Inc,   102 S. Court,   Merrill, WI 54452-2514
15379091     +Quill Corporation,   PO Box 37600,   Philadelphia, PA 19101-0600
15379095     +RCG Enterprises,   PO Box 934,   Appleton, WI 54912-0934
15379096      RDD Imaging, Inc.,   Michael P. Edgerton, Esq,   125 Wood Street - PO Box 218,
              West Chicago, IL 60186-0218
15379101     +RGB Construction Co.,   25 N. Brentwood Blvd,   Saint Louis, MO 63105-3709
15379104     +RLJ Closing Services, Inc.,   2202 Wesley Ave,   Evanston, IL 60201-2648
15379093      Ramada, Ltd. Sturtevant,   13350 Hospitality Ct.,   Sturtevant, WI 53177
15379094      Ramquest Software Inc.,   PO Box 974540,   Dallas, TX 75397-4540
15379097     +Real Central LLC,   235 Queen St.,   Honolulu, HI 96813-4611
15379099     +Remax,   7528 W. North Ave,   Elmwood Park, IL 60707-4141
15379102      Richard L. Zaffiro,   4261 N. 92nd St.,   Wauwatosa, WI 53222-1617
15379103     +Riordan and Scully Insurance,   815 Commerce Dr. Suite 240,   Oak Brook, IL 60523-8728
15379105     +Sawyer County Abstract and Title,   PO Box 3128,   Milwaukee, WI 53201-3128
15379106      Secure On-Site Shredding,   PO Box 357,   Dunedin, FL 34697-0357
15379107     +Shell,   PO Box 9016,   Des Moines, IA 50368-9016
15379108      Shumaker Loop & Kendrick LLP,   PO Box 172609,   Tampa, FL 33672-0609
15379110      Specialized Loan Servicing, LLC,   PO Box 105219,   Atlanta, GA 30348-5219
15379112     +St. Louis County,   Attn: Collector of Revenue,   41 S. Central Ave,
              Saint Louis, MO 63105-1719
15379113     +Stelletto & Schwartz,   Attn: David Allen,   120 N. LaSalle St. 34th FL,   Chicago, IL 60602-2485
15379114     +Stewart Title Guaranty Co - Claims,   1980 Post Oak Blvd,   Suite 800,   Houston, TX 77056-3826
15379115     +Stewart Title Guaranty Co.,   c/o M. Catheryn Oakland,   330 Madison Ave South, Suite 201,
              Bainbridge Island, WA 98110-2544
15379116     +Stewart Title Guaranty Company,   c/o Michael Cohn/Awerbach & Choh,
              2600 McCormick Dr. Suite 100,   Clearwater, FL 33759-1029
```

```
15379117      +Sunshine Signing Connection,   8916 Chilton Dr,   Port Richey, FL 34668-5206
15379118      +Susan Reynolds,   9635 South Lawndale,   Evergreen Park, IL 60805-2906
15379119      +T M Title Service Inc,   315 E. LaSalle Ave,   Barron, WI 54812-1502
15379120      +T&G, LLC,   PO Box 198,   Schererville, IN 46375-0198
15379122      +TG Express,   c/o Charles Price, Koshiba Agena,   1003 Bishop Street, Suite 2600,
                Honolulu, HI 96813-6471
15379131      +TSI Title Services, LLC,   220 W Washington St,   Suite H,   Lebanon, IN 46052-1690
15379132      +TTR Shipping,   1000 Campus Dr,   Stow, OH 44224-1768
15379121      +Taxes Unlimited, Inc.,   111 W. Washington St, #1040,   Chicago, IL 60602-2741
15379123       The Times,   PO Box 644027,   Cincinnati, OH 45264-4027
15379126      +Title Marketing Co., Inc.,   4376 Westhampton Place Ct,   Saint Charles, MO 63304-8028
15379127      +Town of Grand Chute,   1900 Grand Chute Blvd,   Grand Chute, WI 54913-9613
15379129      +Transnations Title Ins Premium,   140 East Washington Street,   Indianapolis, IN 46204-3615
15379130       Travelers,   CL & Speciality Remittance Cntr,   Hartford, CT 06183-1008
15379133      +U-Haul Storage Park Street,   5200 Park St,   Saint Petersburg, FL 33709-1012
15379136     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   US Bancorp Center,   800 Nicollet Mall,
                Minneapolis, MN 55402)
15379137       US Express Leasing Inc.,   Dept #1608,   Denver, CO 80291-1608
15379134      +United Parcel Service,   PO Box 7247-0244,   Philadelphia, PA 19170-0001
15379135      +Unlimited Graphix,   1343-1345 Lakeside Drive,   Romeoville, IL 60446-1047
15379142       Vitec Online,   PO Box 678287,   Dallas, TX 75267-8287
15379143      +W.R. Stewart & Associates, S.C.,   330 E. Wilson St.,,   Suite 100,   Madison, WI 53703-3991
15379145      +Water Boy, Inc,   4454 19th Street Ct. E.,   Bradenton, FL 34203-3775
15379146      +Waushara Abstract Corp,   PO Box 427,   Wautoma, WI 54982-0427
15379148       Wells Print & Digital Services,   PO Box 1744,   Madison, WI 53701-1744
15379149       Whitnall-Summit Company, LLC,   c/o David Wanta/Trapp & Hartman,
                14380 West Capitol Dr., Suite One,   Brookfield, WI 53005-2392
15870430      +Wisconsin Department of Revenue,   Special Procedures Unit,   P O Box 8901,
                Madison, WI 53708-8901
15379150       Wisconsin Dept. of Revenue,   PO Box 93931,   Milwaukee, WI 53293-0931
15379151      +XO Communications,   14239 Collections Center Dr,   Chicago, IL 60693-0142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15378904      +E-mail/Text: cnagy@abs-wi.com Jan 18 2013 02:16:31       Accent Business Solutions, Inc.,
                P.O. Box 1915,   Appleton, WI 54912-1915
15378943       E-mail/Text: gore_da@co.brown.wi.us Jan 18 2013 02:16:20       Brown County Register Deeds,
                PO Box 23600,   Green Bay, WI 54305-3600
15378952      +E-mail/Text: citjaxbankruptcy@cit.com Jan 18 2013 01:42:10       CIT Technology Financing Services,
                4600 Touchton Rd.,   E Building,   Jacksonville, FL 32246-8299
15378959       E-mail/Text: legalcollections@comed.com Jan 18 2013 01:48:43       COM ED,   Bill Payment Center,
                Chicago, IL 60668-0001
15378961       E-mail/Text: legalcollections@comed.com Jan 18 2013 01:48:43       ComEd,   PO Box 6111,
                Carol Stream, IL 60197-6111
15378971      +E-mail/Text: tree-trace-legal.sna.ca@firstam.com Jan 18 2013 02:16:26       Data Tree,
                4 First American Way,   Santa Ana, CA 92707-5913
15378972       E-mail/Text: tree-trace-legal.sna.ca@firstam.com Jan 18 2013 02:16:26       Datatree,
                PO Box 849710,   Dallas, TX 75284-9710
15378977       E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Jan 18 2013 02:41:02
                Dept of Workforce Development,   Division of Unemployment Insurance,   PO Box 78960,
                Milwaukee, WI 53278-0960
15378986       E-mail/Text: bankruptcy@j2global.com Jan 18 2013 02:10:54       Efax Corporate,
                c/o j2 Global Communications,   PO Box 51873,   Los Angeles, CA 90051-6173
15378988       E-mail/Text: credit7@entergy.com Jan 18 2013 01:41:15       Entergy,   PO Box 8104,
                Baton Rouge, LA 70891-8104
15379001       E-mail/Text: assetrecovery@firstfederalbanking.com Jan 18 2013 03:33:50
                First Federal Savings Bank,   PO Box 527,   Rochester, IN 46975-0527
15379008       E-mail/Text: bankruptcy@pb.com Jan 18 2013 01:48:46       Global Financial Services,
                PO Box 856460,   Louisville, KY 40285-6460
15379027      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jan 18 2013 02:27:47
                IN Department of Revenue,   PO Box 7221,   Indianapolis, IN 46207-7221
15379028      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jan 18 2013 02:27:47
                Indiana Department of Revenue,   PO Box 0595,   Indianapolis, IN 46206-0595
15379030      +E-mail/Text: cio.bncmail@irs.gov Jan 18 2013 01:38:12       Internal Revenue Service,
                P O Box 7346,   Philadelphia, PA 19101-7346
15541292       E-mail/Text: cio.bncmail@irs.gov Jan 18 2013 01:38:12       Internal Revenue Service,
                PO Box 97002R,   Saint Louis, MO 63197-0028
15379041      +E-mail/Text: rita.robles@key.com Jan 18 2013 02:15:59       Key Equipment Finance,
                11030 Circle Point Road,   2nd Fl,   Westminster, CO 80020-2775
15379049      +E-mail/Text: jkottaras@yahoo.com Jan 18 2013 02:16:16       Law Office of James Kottaras, P.C.,
                180 W. Washington, Suite 810,   Chicago, IL 60602-3581
15379061      +E-mail/Text: relliott@coj.net Jan 18 2013 03:31:52       Mike Hogan, Tax Collector,
                231 E. Forsyth St. #130,   Jacksonville, FL 32202-3370
15990780      +E-mail/Text: ecfnotices@dor.mo.gov Jan 18 2013 02:14:07       Missouri Department of Revenue,
                PO Box 475,   Jefferson City MO 65105-0475
15379069       E-mail/Text: bankrup@aglresources.com Jan 18 2013 01:41:09       NICOR,   P.O. Box 416,
                Aurora, IL 60568-0001
15905806      +E-mail/Text: bankruptcy@jomaxrecovery.com Jan 18 2013 02:11:11
                National Grange Mutual Insurance Co,   c/o JOMAX Recovery Services,
                20325 N 51st Avenue Suite 134,   Glensdale, AZ 85308-5677
```

District/off: 0752-1                User: gbeemster              Page 5 of 7                    Date Rcvd: Jan 17, 2013
                                    Form ID: pdf006              Total Noticed: 254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15379070        E-mail/Text: bankrup@aglresources.com Jan 18 2013 01:41:09      Nicor,   PO Box 0632,
                 Aurora, IL 60507-0632
15379083        E-mail/Text: bankruptcy@pb.com Jan 18 2013 01:48:47       Postage By Phone Plus,   PO Box 856042,
                 Louisville, KY 40285-6042
15379092        E-mail/Text: bklaw@centurylink.com Jan 18 2013 02:10:32      Qwest,
                 Internet/Phone Ser (Bus. Services),   PO Box 856169,   Louisville, KY 40285-6169
15379111       +E-mail/Text: robertw@spectrumgroupllc.com Jan 18 2013 02:16:22
                 Spectrum Development Group, LLC,   Attn: Robert C. Westfall,   6526 River Parkway,
                 Milwaukee, WI 53213-3263
15379125        E-mail/Text: heather.holterman@twcable.com Jan 18 2013 02:13:32      Time Warner Cable,
                 PO Box 3237,   Milwaukee, WI 53201-3237
15379128       +E-mail/Text: sbryce@munster.org Jan 18 2013 02:39:39      Town of Munster,   1005 Ridge Rd,
                 Munster, IN 46321-1849
15379138        E-mail/PDF: bankruptcyverizoncomm@afni.com Jan 18 2013 02:30:10      Verizon Florida Inc,
                 PO Box 920041,   Dallas, TX 75392-0041
15379139        E-mail/PDF: bankruptcyverizoncomm@afni.com Jan 18 2013 02:28:05      Verizon Online,   PO Box 12045,
                 Trenton, NJ 08650-2045
15379140        E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 18 2013 02:04:13      Verizon Wireless,
                 PO Box 25505,   Lehigh Valley, PA 18002-5505
15956327        E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 18 2013 01:58:13      Verizon Wireless,
                 PO Box 3397,   Bloomington, IL 61702-3397
15379144        E-mail/Text: walcord@co.walworth.wi.us Jan 18 2013 02:16:18      Walworth Co Register of Deeds,
                 PO Box 995,   Elkhorn, WI 53121-0995
                                                                                            TOTAL: 33

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15379098         Realty Data Corp,   900 Merchants Concourse,   Suite LL-13
15379014*       +GMAC Mortgage,   PO Box 4622,   Waterloo, IA 50704-4622
15379141*        Verizon Wireless,   P.O. Box 25505,   Lehigh Valley, PA 18002-5505
15378918       ##+Andrew Furman,   13356 Millbank Drive,   Plainfield, IL 60585-5378
15378996       ##+Fifth Third Bank,   222 South Riverside Plaza,   1MOC2A,   Chicago, IL 60606-5808
15379018       ##+Hal Systems Corp.,   12750 Merit Dr #810,   Dallas, TX 75251-1242
15379032       ##+Jennifer Sederquist,   262 Castle Wynd Dr,   Loves Park, IL 61111-8915
15379046       ##+LandAmerica Financial Group,   Attn: Robert Gandhi,   5600 Cox Road,   Glen Allen, VA 23060-9266
15379060       ##+Metropolitan Title Data, Inc.,   155 Hanley Industrial Ct.,   Brentwood, MO 63144-1516
15379072       ##+Noonan & Lieberman,   105 W. Adams Street,   Suite 3000,   Chicago, IL 60603-6228
15379084       ##+Professional Communication Systems,   N83 W 13280 Leon Rd.,   Menomonee Falls, WI 53051-3304
15379100       ##+Residential Title Services, Inc.,   1910 S. Highland Ave., #150,   Lombard, IL 60148-6161
15379109        ##+Signs By Tomorrow,   421 W 81st Ave,   Merrillville, IN 46410-5317
15379124       ##+Those Girls Abstracting,   1817 Orange Boulevard Way,   Palm Harbor, FL 34683-3550
15379147       ##+Wells Fargo Financial National Bank,   PO Box 98752,   Las Vegas, NV 89193-8752
                                                                          TOTALS: 1, * 2, ## 12

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1        User: gbeemster        Page 6 of 7          Date Rcvd: Jan 17, 2013
                           Form ID: pdf006         Total Noticed: 254
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 19, 2013            Signature:      Joseph Speetjens

```
District/off: 0752-1          User: gbeemster         Page 7 of 7                Date Rcvd: Jan 17, 2013
                             Form ID: pdf006          Total Noticed: 254
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2013 at the address(es) listed below:
   Barbara L Yong    on behalf of Debtor Robert   Reynolds blyong@golanchristie.com,
    mperez@golanchristie.com;myproductionss@gmail.com
   Eric J Malnar    on behalf of Creditor    Fidelity National Title Insurance Company
    emalnar@stahlcowen.com
   Eric J Malnar    on behalf of Creditor    Commonwealth Land Title Insurance Company
    emalnar@stahlcowen.com
   Jose G Moreno    on behalf of Creditor    GMAC Mortgage, LLC nd-one@il.cslegal.com
   Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
   Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
    plevey@ecf.epiqsystems.com
   Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
   Shelly A. DeRousse    on behalf of Creditor    Commonwealth Land Title Insurance Company
    sderousse@stahlcowen.com,   cgarcia@stahlcowen.com
   Shelly A. DeRousse    on behalf of Creditor    Fidelity National Title Insurance Company
    sderousse@stahlcowen.com,   cgarcia@stahlcowen.com
                                TOTAL: 9