UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
REYNOLDS, ROBERT                    §        Case No. 10-15283
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | 1ST SOURCE BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CITY OF WEST ALLIS | | | | | |
| 000015A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001 | INTERNAL REVENUE SERVICE | | | | | |
| 16 | INTERNAL REVENUE SERVICE | | | | | |
| 000011A | MISSOURI DEPARTMENT OF REVENUE | | | | | |
| 000011B | MISSOURI DEPARTMENT OF REVENUE | | | | | |
| 000008B | WISCONSIN DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ASK SERVICES INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | BRUCE H MATSON LFG TRUSTEE | | | | | |
| 000014 | COMMONWEALTH LAND TITLE INSURANCE C | | | | | |
| 000013 | FIDELITY NATIONAL TITLE INSURANCE | | | | | |
| 000015B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000005 | LAW OFFICES OF JEFFREY A HERZOG PA | | | | | |
| 000009 | NATIONAL GRANGE MUTUAL INSURANCE CO | | | | | |
| 000004 | SPECTRUM DEVELOPMENT GROUP, LLC | | | | | |
| 000007 | UNLIMITED GRAPHIX | | | | | |
| 000010 | VERIZON WIRELESS | | | | | |
| 000008A | WISCONSIN DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-15283 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | Phillip D. Levey |
| Case Name: | REYNOLDS, ROBERT | | | | Date Filed (f) or Converted (c): | 04/07/10 (f) |
| | | | | | 341(a) Meeting Date: | 05/25/10 |
| For Period Ending: | 03/15/13 | | | | Claims Bar Date: | 08/26/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Federal Income Tax Refund for 2009 | 14,964.00 | 14,964.00 | | 14,964.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.36 | Unknown |
| 3. 1/2 - 9635 South Lawndale, Evergreen Park, IL | 187,000.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 4. Cash | 200.00 | 200.00 | | 200.00 | FA |
| 5. Checking Account | 500.00 | 500.00 | | 500.00 | FA |
| 6. Computer & Furniture | 2,000.00 | 1,000.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 7. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 8. 401(k) | 450.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 9. Residential Title Services, Inc. - 12.5% | Unknown | 0.00 | | 0.00 | FA |
| 10. 1/2 - 2003 Buick LeSabre | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 11. 2004 GMC Yukon | 13,000.00 | 7,500.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 12. 2005 Pontoon Boat | 14,000.00 | 4,500.00 | | 0.00 | FA |
| 13. 2004 Yamaha XA800A C Waverunner | 2,000.00 | 1,100.00 | | 0.00 | FA |
| 14. Illinois Income Tax Refund for 2009 (u) | 0.00 | 1,254.00 | | 1,254.00 | FA |
| 15. Fraudulent Conveyance-Indiana Property (u) | Unknown | Unknown | | 7,500.00 | FA |

                                                                                                                              Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                      $239,614.00                    $35,518.00                                   $24,423.36                  $0.00

                                                                                                                                                            (Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-15283    JPC    Judge: JACQUELINE P. COX | Trustee Name:    Phillip D. Levey |
| Case Name: | REYNOLDS, ROBERT | Date Filed (f) or Converted (c):    04/07/10 (f) |
| | | 341(a) Meeting Date:    05/25/10 |
| | | Claims Bar Date:    08/26/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12          Current Projected Date of Final Report (TFR): 07/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-15283 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | REYNOLDS, ROBERT | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2804 Checking |
| Taxpayer ID No: | *******5228 | | | |
| For Period Ending: | 03/15/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 24,191.74 | | 24,191.74 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.91 | 24,176.83 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.40 | 24,161.43 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.90 | 24,146.53 |
| 02/19/13 | 010001 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,192.34 | 20,954.19 |
| 02/19/13 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 54.40 | 20,899.79 |
| 02/19/13 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,580.00 | 15,319.79 |
| 02/19/13 | 010004 | Wisconsin Department of Revenue Special Procedures Unit P O Box 8901 Madison, WI 53708 | Claim 000008B, Payment 98.58242% | 5800-000 | | 708.64 | 14,611.15 |
| 02/19/13 | 010005 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664 | Claim 000015A, Payment 98.58288% | 5800-000 | | 4,765.25 | 9,845.90 |
| 02/19/13 | 010006 | Internal Revenue Service P.O. Box 7346 Philadelphis, PA 19101-7317 | Claim 16, Payment 98.58292% | 5800-000 | | 9,845.90 | 0.00 |

Page Subtotals   24,191.74   24,191.74

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-15283 -JPC | |
| Case Name: | REYNOLDS, ROBERT | |
| Taxpayer ID No: | *******5228 | |
| For Period Ending: | 03/15/13 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2804  Checking | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 24,191.74 | 24,191.74 | 0.00 |
| Less: Bank Transfers/CD's | 24,191.74 | 0.00 | |
| Subtotal | 0.00 | 24,191.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 24,191.74 | |

Page Subtotals     0.00     0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-15283 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | REYNOLDS, ROBERT | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3658 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5228 | | | |
| For Period Ending: | 03/15/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/26/10 | 1 | Robert Reynolds & S.L. Reninger | | 1124-000 | 14,964.00 | | 14,964.00 |
| 06/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.34 | | 14,964.34 |
| 07/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,964.72 |
| 08/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,965.10 |
| 09/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,965.47 |
| 10/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,965.85 |
| 11/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 14,966.22 |
| 12/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,966.60 |
| 01/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,966.98 |
| 02/28/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 14,967.09 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 9.15 | 14,957.94 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,958.07 |
| 04/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,958.19 |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,958.32 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,958.44 |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,958.56 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 14,958.70 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,958.82 |
| 10/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,958.95 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.06 | 14,939.89 |
| 11/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,940.01 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 18.42 | 14,921.59 |
| 12/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,921.71 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 18.40 | 14,903.31 |
| 01/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,903.44 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.55 | 14,883.89 |

Page Subtotals 14,968.47 84.58

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-15283 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | REYNOLDS, ROBERT | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3658 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5228 | | | |
| For Period Ending: | 03/15/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/12/12 | 4, 5 | Robert & Susan Reynolds | Tax Refund - 2009 | 1124-000 | 700.00 | | 15,583.89 |
| 02/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,584.01 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 18.09 | 15,565.92 |
| 03/30/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,566.05 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.14 | 15,546.91 |
| 04/05/12 | 000102 | International Sureties, Ltd.<br>701 Poydras Street<br>New Orleans, LA  70139 | Blanket Bond<br>Bond # 016026455 | 2300-000 | | 12.91 | 15,534.00 |
| 04/30/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,534.13 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.74 | 15,514.39 |
| 05/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,514.52 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.71 | 15,494.81 |
| 06/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,494.93 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 18.42 | 15,476.51 |
| 07/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,476.65 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 20.30 | 15,456.35 |
| 08/23/12 | 14, 15 | Robert P. Reynolds<br>Susan L. Reynolds<br>9635 Lawndale St.<br>Evergreen Park, IL | SETTLEMENT | 1224-000 | 3,000.00 | | 18,456.35 |
| 08/23/12 | 15 | Robert P. Reynolds<br>Susan L. Reynolds<br>9635 Lawndale St.<br>Evergreen Park, IL | SETTLEMENT | 1241-000 | 5,754.00 | | 24,210.35 |
| 08/30/12 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 24,210.47 |
| 08/30/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 18.73 | 24,191.74 |

Page Subtotals          9,454.89          147.04

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-15283 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | REYNOLDS, ROBERT | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3658  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5228 | | |
| For Period Ending: | 03/15/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 24,191.74 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 24,423.36 | 24,423.36 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 24,191.74 | |
| Subtotal | 24,423.36 | 231.62 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 24,423.36 | 231.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2804 | 0.00 | 24,191.74 | 0.00 |
| Money Market Account (Interest Earn - ********3658 | 24,423.36 | 231.62 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 24,423.36 | 24,423.36 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    24,191.74

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*